IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTILIA SHRE ROBINSON                                                                         PLAINTIFF
ADC #719972

v.                                         3:24-cv-00102-JM-JJV

FORSMAN, Sergeant,
McPherson Unit; *et al.*                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   DISCUSSION

Waltilia Shre Robinson ("Plaintiff") has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) On June 13, 2024, I entered an Order directing her to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 4.) And I cautioned Plaintiff I would recommend this case be dismissed without prejudice if she did not do so within thirty (30) days. (*Id.*) Plaintiff has not complied with my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 17th day of July 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE