IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTILIA SHRE ROBINSON                                                                PLAINTIFF
ADC #719972

v.                                         3:24-cv-00102-JM-JJV

FORSMAN, Sergeant,
McPherson Unit; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 5.)   No objections have been filed, and the time to do so has passed.   After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE