IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTILIA SHRE ROBINSON                                                                                         PLAINTIFF
ADC #719972

v.                                              3:24-cv-00102-JM-JJV

FORSMAN, Sergeant,
McPherson Unit; *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE